**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE:**

**FARO TECHNOLOGIES SECURITIES LITIGATION**

                  **Lead Case No. 6:05-cv-1810-Orl-22DAB
Member Cases: 6:06-cv-8-Orl-22DAB
6:06-cv-16-Orl-22DAB
6:06-cv-57-Orl-22DAB**

_____

**ORDER**

This cause is before the Court on the Faro Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Doc. No. 57) and on Defendant Grant Thorton LLP's Motion to Dismiss Consolidated Amended Class Action Complaint (Doc. No. 59).

The United States Magistrate Judge has submitted a Report recommending that the Motions be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 12, 2007 (Doc. No. 70) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Faro Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Doc. No. 57) is GRANTED, in part.

3. Defendant Grant Thorton LLP's Motion to Dismiss Consolidated Amended Class Action Complaint (Doc. No. 59) is GRANTED, in part.

4. The Consolidated Amended Class Action Complaint is hereby DISMISSED, with leave to re-plead as to the Faro Defendants setting forth each count in a fashion sufficient to establish each claim (along with the facts supporting each claim) against each of the defendants, and with leave to re-plead as to the auditor, if possible, in specific fashion, its claim, bearing in mind the findings in the adopted Report and Recommendation.

5. The deadline for filing a Consolidated Second Amended Class Action Complaint is February 22, 2007.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 3, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party