**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**FARO TECHNOLOGIES SECURITIES LITIGATION**

                              **Lead Case No. 6:05-cv-1810-Orl-22DAB**
                              **Member Cases:  6:06-cv-8-Orl-22DAB**
                                                       **6:06-cv-16-Orl-22DAB**
                                                       **6:06-cv-57-Orl-22DAB**

_____

**ORDER**

Upon the Court's review of this case, it is ORDERED as follows.

1. Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees and Expenses (Doc. No. 171), filed on September 26, 2008, is GRANTED. The Court will enter a separate Final Judgment and Order of Dismissal With Prejudice.

2. Upon entry of the Final Judgment, the Clerk shall close the lead and member cases.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 3, 2008.

ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

Counsel of Record
Unrepresented Party
Courtroom Deputy
Magistrate Judge